UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID LEE MAY                                                                                    PLAINTIFF

VERSUS                                                                    CIVIL ACTION NO. 1:08CV347-RHW

SUSAN KIMBALL                                                                              DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that Defendant's Motion for Summary Judgment is GRANTED and that the Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 6th day of November, 2009.

                                                               s/ *Robert H. Walker*
                                                         UNITED STATES MAGISTRATE JUDGE